Haines Meyer, SBN 020890
*Meyer Law, P.C.*
1425 W. Elliot Rd., Suite 105
Gilbert, AZ 85233
Tel. (480) 518-0154
Fax (480) 284-5579
help@arizonabankruptcyhelp.com
Attorney for Debtor/Plaintiff

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MANDY LEE SABO,<br><br><br>Debtors.<br><br>MANDY LEE SABO,<br>        Plaintiff,<br><br>vs.<br><br>CITIBANK (SOUTH DAKOTA) N.A.,<br>        Defendant. | Case No.: 2-10-bk-13484-RJH<br>Chapter 7<br><br>**Adv. Proc. No.** |

## **COMPLAINT**

### INTRODUCTION

**1.** This is an action for damages brought by consumer, Mandy Lee Sabo, formerly known as Mandy Marshall (hereinafter referred to as "Plaintiff"), for Defendant's improper and illegal actions and conduct which are not in compliance with and in fact are violations of the following:

    a. The Bankruptcy Code 11 U.S.C. § 362(a)(6), which specifies that filing a voluntary bankruptcy petition operates as a stay of any act to collect a debt that arose before the commencement of the case.

2. Plaintiff seeks an award of actual, statutory, and punitive damages as well as legal fees.

1

MEYER LAW, P.C.
ATTORNEYS AT LAW
1425 W. ELLIOT ROAD
SUITE 105
GILBERT, ARIZONA 85233

Case 2:10-bk-13484-RJH    Doc 23    Filed 07/02/10    Entered 07/02/10 10:27:34    Desc
Main Document    Page 1 of 8

## JURISDICTION AND VENUE

3. Jurisdiction is conferred on this Court pursuant to Section 1334 of Title 28 of the United States Code in that this proceeding arises in and is related to the above-captioned Chapter 7 case under Title 11 and concerns property of the Debtor in that case.

4. Venue lies in this District pursuant to Sections 1391(b) and 1409 of Title 28 of the United States Code.

5. This matter is a core proceeding. To the extent of the non-bankruptcy claims for relief, this matter is a non-core proceeding and the Plaintiffs consent to the entry of a final order in this case by the Bankruptcy Judge.

## PARTIES

6. The Plaintiff is a resident of the State of Arizona and also a debtor under the provisions of Chapter 7 of Title 11 of the United States Code.

7. At all times material hereto Plaintiff was "consumer" as this term is defined under 15 U.S.C. § 1692a(3).

8. Defendant, Citibank (South Dakota), N.A. (hereinafter "Defendant") is a banking institution doing business in the State of Arizona.

9. At all times material hereto, the debt incurred by Plaintiff to the Defendant was a "debt" as this term is defined under 15 U.S.C. § 1692a(5).

## FACTUAL ALLEGATIONS

11. Plaintiff filed a petition for bankruptcy on May 4, 2010 with the U.S. Bankruptcy Court for the District of Arizona under 11 U.S.C. §§ 101 and 701 et seq., and said case was assigned to Judge Randolph J. Haines.

12. The Defendant was listed as a creditor within the Plaintiff's schedules. A copy of the mailing matrix indicated all creditors scheduled by the Plaintiff and notified of the Plaintiff's Chapter 7 bankruptcy case, Defendant was listed on the mailing matrix. A copy of the Certificate of Notice generated by the Bankruptcy Court is attached as Exhibit A showing the Defendant was noticed of the bankruptcy filing in May 2010.

13. The Defendant is a sophisticated debt collector. The Defendant knowingly and willfully ignored the bankruptcy protection sought by the Plaintiff.

14. On May 29, 2010 the Plaintiff was personally served with a Justice Court Summons and Complaint, dated May 25, 2010. The summons and complaint alleges the Plaintiff owes a debt

2

MEYER LAW, P.C.
ATTORNEYS AT LAW
1425 W. ELLIOT ROAD
SUITE 105
GILBERT, ARIZONA 85233

Case 2:10-ap-01489-RJH    Doc 2-3    Filed 07/02/10    Entered 07/02/10 10:27:34    Desc
Main Document    Page 2 of 8

to the Defendant in the amount of $7,920.54, plus interest, costs, and attorney fees.

15. Plaintiff's meeting of creditors was held on June 7, 2010 and Mr. Brian Mullen was appointment as the interim Chapter 7 Trustee.

16. At no time during the pendency of the within Chapter 7 case was the Plaintiff's pre-petition debt to the Defendant determined to be non-dischargeable.

17. Defendant received notice of the Plaintiff's bankruptcy filing at the address listed on the Justice Court Summons and Complaint.

**AS FOR A CLAIM FOR RELIEF AGAINST DEFENDANT FOR VIOLATION OF THE BANKRUPTCY AUTOMATIC STAY, 11 U.S.C. § 362(a)**

18. Plaintiff repeats and re-alleges and incorporates by reference the paragraphs above.

19. 11 U.S.C. § 362(a) holds that filing a voluntary bankruptcy petition operates as a stay, applicable to all entities, of (6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case.

20. 11 U.S.C. § 362(c)(2) holds that the stay continues until the earliest of the time the case is closed, the time the case is dismissed, or the time the case is discharged.

21. 11 U.S.C. § 362(k)(1) holds that an individual injured by any willful violation of the stay shall recover damages, including costs and attorney's fees, and, in appropriate instances, may recover punitive damages.

22. To be considered a willful violation the creditor must commit an intentional act with the knowledge of the automatic stay. Citizens Bank v. Strumpf (In re Strumpf), 37 F.3d 155, 159 (4th Cir. 1994), rev'd on other grounds, 516 U.S. 16 (1995); In re Covington, 256 B.R. at 466,

23. Defendant violated the bankruptcy stay after being served notice of Plaintiff's bankruptcy filing by virtue of service of the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines.

24. Defendant service of a Summons and Complaint demanding payment knowingly and willfully violated the bankruptcy stay of 11 U.S.C. § 362(a)(6).

25. As a result of the above violations of the bankruptcy stay in 11 U.S.C. § 362(a)(6), and in consideration of the willful disregard the Defendant showed to the Plaintiff who had a pending bankruptcy petition, Defendant is liable to the Plaintiff for declaratory judgment that Defendant's conduct willfully violated the bankruptcy stay, and Plaintiff's costs, attorney's fees, and punitive damages (pursuant to 11 U.S.C. § 362(k)(1)).

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

3

MEYER LAW, P.C.
ATTORNEYS AT LAW
1425 W. ELLIOT ROAD
SUITE 105
GILBERT, ARIZONA 85233

Case 2:10-bk-13484-RJH    Doc 13    Filed 07/02/10    Entered 07/02/10 10:27:34    Desc
Main Document    Page 3 of 8

A. Actual Damages;

B. Statutory damages pursuant to 15 U.S.C. § 1692k;

C. Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k and 11 U.S.C. § 362(k)(1);

D. Punitive damages pursuant to 11 U.S.C. §362(k)(1); and

E. For such other and further relief and may be just and proper.

Respectfully submitted this 30th day of June, 2010.

                MEYER LAW, P.C.

                /s/ Haines Meyer

                Haines Meyer, Esq.
                SBN 020890
                1425 W. Elliot Rd., Suite 105
                Gilbert, AZ 85233
                Tel. (480) 518-0154
                Fax (480) 284-5579
                Attorney for Debtor/Plaintiff

MEYER LAW, P.C.
ATTORNEYS AT LAW
1425 W. ELLIOT ROAD
SUITE 105
GILBERT, ARIZONA 85233

4

Case 2:10-bk-13489-RJH  Doc 23  Filed 07/02/10  Entered 07/02/10 10:23:48  Desc
Main Document  Page 4 of 8

CERTIFICATE OF SERVICE

Original of the foregoing e-filed
This 30th Day of June, 2010 with:

US Bankruptcy Court Clerk

Copy of the foregoing mailed
this 30th day of June, 2010 by First
Class U.S. Mail to the following:

Citibank
P.O. Box 6500
Sioux Falls, SD 57117

Seidberg Law Offices, P.C.
P.O. Box 7290
Phoenix, AZ 85011
Attorneys for Defendant

Brian J. Mullen
P.O. Box 32247
Phoenix, AZ 85064
Ch. 7 Trustee

Office of the US Trustee
230 N. First Ave, #204
Phoenix, AZ 85003
US Trustee

/s/ Haines Meyer

MEYER LAW, P.C.
ATTORNEYS AT LAW
1425 W. ELLIOT RD
SUITE 105
GILBERT, ARIZONA 85233

# UNITED STATES BANKRUPTCY COURT District of Arizona

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/4/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
MANDY LEE SABO
fka MANDY LEE MARSHALL
1363 E. PAGE AVE.
GILBERT, AZ 85234

| Case Number:<br>2:10−bk−13484−RJH | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−6241 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>HAINES 2 MEYER<br>MEYER LAW PC<br>1425 W. ELLIOT RD., #105<br>GILBERT, AZ 85233<br>Telephone number: 480−813−9949 | Bankruptcy Trustee (name and address):<br>BRIAN J. MULLEN<br>PO BOX 32247<br>PHOENIX, AZ 85064<br>Telephone number: 602−283−4468 |

## Meeting of Creditors

Date: **June 7, 2010**        Time: **10:00 AM**
Location: **US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 8/6/10**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727<br>Telephone number: (602) 682−4000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Brian D. Karth |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: 5/5/10 |

# EXPLANATIONS                                                              B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Administrative Expenses in a Converted Case | If this case converted to a Chapter 7, a request for payment of an administrative expense, incurred before conversion, under 11 USC §503(a) must be filed within 90 days after the date set for the meeting of creditors. A governmental unit must file such a request within 180 days after the date of the conversion. |
| Dismissal of Case | This case shall be dismissed if the debtor(s) fail to appear at the meeting of creditors or fail to timely file all required schedules and statements. |

**All individual debtors must provide photo identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.**

Refer to Other Side for Important Deadlines and Notices

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: murillos              Page 1 of 1                Date Rcvd: May 05, 2010
Case: 10-13484                Form ID: b9a                Total Noticed: 18
```

The following entities were noticed by first class mail on May 07, 2010.
```
db          +MANDY LEE SABO,    1363 E. PAGE AVE.,    GILBERT, AZ 85234-1021
aty         +HAINES 2 MEYER,    MEYER LAW PC,    1425 W. ELLIOT RD., #105,    GILBERT, AZ 85233-5141
9186927     +CHASE,    10790 RANCHO BERNARDO RD.,    San Diego CA 92127-5705
9186929     +CITI,    PO BOX 6241,    Sioux Falls SD 57117-6241
9186931     +JASON MARSHALL,    875 W. PECOS RD.,    Chandler AZ 85225-6898
9186935     +WACHOVIA MORTGAGE,    3480 STATEVIEW BLVD,    Fort Mill SC 29715-7203
9186936     +WELLS FARGO,    PO BOX 1697,    Winterville NC 28590-1697
9186938      WIND DRIFT HOA,    PO BOX 62588,    Phoenix AZ 85082-2588
9186939     +ZENITH ACQUISITION,    220 JOHN GLENN DR #1,    AMHERST NY 14228-2228
```

The following entities were noticed by electronic transmission on May 05, 2010.
```
tr          +EDI: QBJMULLEN.COM May 05 2010 18:48:00      BRIAN J. MULLEN,    PO BOX 32247,
              PHOENIX, AZ 85064-2247
smg          EDI: AZDEPREV.COM May 05 2010 18:48:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
              1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2650
9186926     +EDI: BANKAMER.COM May 05 2010 18:48:00      BANK OF AMERICA,    PO BOX 1390,
              Norfolk VA 23501-1390
9186928     +EDI: CHASE.COM May 05 2010 18:48:00      CHASE,    800 BROOKS EDGE BLVD.,
              Westerville OH 43081-2822
9186929     +EDI: CITICORP.COM May 05 2010 18:48:00      CITI,    PO BOX 6241,    Sioux Falls SD 57117-6241
9186930     +EDI: RMSC.COM May 05 2010 18:48:00      GE MONEY BANK/LOWES,    PO BOX 981064,
              El Paso TX 79998-1064
9186932     +EDI: CBSKOHLS.COM May 05 2010 18:48:00      KOHLS,    PO BOX 3115,    Milwaukee WI 53201-3115
9186933     +EDI: MID8.COM May 05 2010 18:48:00      MIDLAND CREDIT MANAGEMENT,    8875 AERO DR. STE. 200,
              San Diego CA 92123-2255
9186934     +EDI: WTRRNBANK.COM May 05 2010 18:48:00      TARGET NATIONAL BANK,    PO BOX 673,
              Minneapolis MN 55440-0673
9186937     +EDI: WFFC.COM May 05 2010 18:48:00      WELLS FARGO FINANCIAL,    3201 N. 4TH AVE.,
              Sioux Falls SD 57104-0700
                                                                                              TOTAL: 10
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 07, 2010**          **Signature:** _Joseph Speetjens_