Haines Meyer, SBN 020890
*Meyer Law, P.C.*
1425 W. Elliot Rd., Suite 105
Gilbert, AZ 85233
Tel. (480) 518-0154
Fax (480) 284-5579
help@arizonabankruptcyhelp.com
Attorney for Debtor/Plaintiff

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | Case No.: 2-10-bk-13484-RJH |
| ) | Chapter 7 |
| MANDY LEE SABO, ) | |
| ) | **Adv. Proc. No. 2:10-ap-01191** |
| Debtors. ) | |
| MANDY LEE SABO, ) | |
| Plaintiff, ) | |
| vs. ) | |
| CITIBANK (SOUTH DAKOTA) N.A., ) | |
| Defendant. ) | |

AMENDED CERTIFICATE OF SERVICE

Original of the foregoing e-filed
This 13th Day of September, 2010 with:

US Bankruptcy Court Clerk

Copy of the foregoing mailed
this 13th day of September, 2010 by First
Class U.S. Mail to the following:

Citibank
Attn: Legal Services Intake Unit
1 Court Square, 10th Floor
Long Island City, NY 11120

MEYER LAW, P.C.
ATTORNEYS AT LAW
1425 W. ELLIOT ROAD
SUITE 105
GILBERT, ARIZONA 85233

1

Case 2:10-ap-01191-RJH    Doc 2    Filed 09/13/10    Entered 09/13/10 10:07:55    Desc
Main Document    Page 1 of 2

MEYER LAW, P.C.
ATTORNEYS AT LAW
1425 W. ELLIOT ROAD
SUITE 105
GILBERT, ARIZONA 85233

1. Seidberg Law Offices, P.C.
P.O. Box 7290
Phoenix, AZ 85011
Attorneys for Defendant

Brian J. Mullen
P.O. Box 32247
Phoenix, AZ 85064
Ch. 7 Trustee

Office of the US Trustee
230 N. First Ave, #204
Phoenix, AZ 85003
US Trustee

/s/ Haines Meyer